FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2022

No. 04-22-00387-CR

**EX PARTE** Franklin Jose **VELASQUEZ MARTINEZ**,

From the County Court, Kinney County, Texas
Trial Court No. 10369CR
Honorable Roland Andrade, Judge Presiding

# O R D E R

On September 20, 2022, the State filed a "Supplemental Motion for Extension of Time to File State's Brief on Appeal." On October 10, 2022, the State filed its brief. Because the State's brief has been filed, the State's motion is DENIED AS MOOT.

It is so **ORDERED** on October 11, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT